No. 91–1283. GREENBERG, INDEPENDENT EXECUTOR OF ESTATE OF MCGANN, DECEASED *v.* H & H MUSIC CO. ET AL. C. A. 5th Cir. Motions of American Public Health Association et al., Bay Area Lawyers for Individual Freedom et al., and Michigan Protection & Advocacy for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 91–6619. SHANNON ET UX. *v.* UNITED SERVICES AUTOMOBILE ASSN. ET AL. Sup. Ct. Wis.; and

No. 91–7252. NEWMAN ET AL. *v.* ORENTREICH. Ct. App. N. Y. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 20, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 91–6646. HADLEY *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante*, p. 905.] Motion for appointment of counsel granted, and it is ordered that John Trebon, Esq., of Flagstaff, Ariz., be appointed to serve as counsel for petitioner in this case.

No. 91–7511. IN RE ZZIE; and

No. 91–7542. IN RE GATES. Petitions for writs of habeas corpus denied.

No. 91–1420. GROWE, SECRETARY OF STATE OF MINNESOTA, ET AL. *v.* EMISON ET AL. Appeal from D. C. Minn. Probable jurisdiction noted.

No. 91–1043. PROFESSIONAL REAL ESTATE INVESTORS, INC., ET AL. *v.* COLUMBIA PICTURES INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 91–10. SPECTRUM SPORTS, INC., ET AL. *v.* MCQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.